UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TROMONDO TOBIAS BOLLING,**

    Petitioner,

                                                      Case No. 3:13-cv-00473-MCR-CJK

**JULIE L JONES,** SECRETARY
FLORIDA DEPARTMENT OF
CORRECTIONS, ET AL.

    **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 16, 2015, ECF No. 35. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of the timely filed objections, ECF No. 36.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. Bolling's Petition for Writ of Habeas Corpus is **DENIED**.
3. A certificate of appealability is **DENIED**.
4. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of November, 2015.

                                                  *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**